1  Yiren Yu, Cal. Bar No. 341245
   KING & WOOD MALLESONS LLP
2  2500 Sand Hill Road, Suite 111
   Menlo Park, CA 94025
3  Telephone: (650) 858-1285
   Facsimile: (650) 858-1226
4  yiren.yu@us.kwm.com

5  Attorney for Petitioner
   China Literature Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: 17 U.S.C. § 512(h) SUBPOENA TO NETLAB GLOBAL | MISCELLANEOUS ACTION NO. <br><br> **CHINA LITERATURE LTD.'S REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS** |
|---|---|

Petitioner China Literature Ltd. ("China Literature"), through its undersigned counsel, hereby requests pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) that the Clerk of the Court issue a subpoena on NetLab Global to identify an alleged infringer or infringers.

Section 512(h) of the DMCA provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). China Literature has satisfied the requirements for issuance of a subpoena pursuant to Section 512(h), and accordingly it submits and attaches herewith:

(1) a copy of the notification described in 17 U.S.C. § 512(c)(3)(A) (*See* Shuyue Wang Decl., Exhibit 1);

(2) a proposed Section 512(h) subpoena directed to NetLab Global (attached hereto as Exhibit A); and

(3)     a sworn declaration by Shuyue Wang that the purpose for this subpoena is sought is proper under 17 U.S.C. § 512(h). (*See* Shuyue Wang Decl., ¶ 5).

Having complied with the statutory requirements, China Literature respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned for service on the subpoena recipient.

Dated: December 16, 2024

Respectfully submitted,

KING & WOOD MALLESONS

By:   */s/ Yiren Yu*
Yiren Yu
Attorney for the Petitioner
China Literature Ltd.