# Exhibit 1



500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

**T** +1 212 319 4755
**F** +1 917 591 8167

**www.kwm.com**

November 27, 2024

**Private & Confidential**

To   NetLab Global
     info@as979.net
     legal@as979.net

**Re:     Copyright Infringement by jietiandi.net**

Dear Sir or Madam:

  We are counsel for China Literature Ltd. ("China Literature"), an entertainment company that develops and adapts original online literature into a wide range of digital entertainment formats, including comics, animation, TV series, films, and games, primarily for the Mandarin-speaking world. Through its platforms QQ Reading, Qidian, and collaborations with Tencent, it creates a rich IP ecosystem that engages users across various media. We write concerning an urgent matter of copyright infringement by jietiandi.net using NetLab Global's services.

  We have determined that the website located at jietiandi.net ("Jietiandi") has infringed China Literature's copyrighted e-books. This notification is issued pursuant to Section 512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA") by virtue of Jietiandi's use of NetLab Global as an internet service provider. These activities violate U.S. copyright law.

  As of November 13, 2024, Jietiandi provides free access to wholly unauthorized digital copies of hundreds of China Literature's e-books. Jietiandi is a website with over 20,000 registered members that can access infringing content on the site. A representative list of the infringing URLs from Jietiandi is provided in Attachment A hereto. This list does not provide a complete statement of infringing activities.

  This notice is based upon our good faith belief that the use of the copyrighted works in the manner described herein is not authorized by China Literature as the copyright owner, its agents, or under law. We further confirm that the information provided herein is accurate and, under penalty of perjury, we are authorized to act on behalf of China Literature, which owns or controls exclusive rights under copyright that are being infringed.

  In light of the above circumstances, we demand that NetLab Global discontinue Jietiandi's use of its services for the infringing activities described herein. Upon receipt of this letter, please contact us to confirm that NetLab Global will take all necessary steps to preclude NetLab Global's services from being used to facilitate the infringing activities.

* * * *

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See **www.kwm.com** for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



Nothing herein is intended to be, or shall be construed as, any form of limitation or waiver of any rights, claims, or remedies of China Literature, all of which are hereby expressly reserved. Should you have any questions or require additional information, you can reach me at the following coordinates. Thank you for your cooperation and attention to this matter.

Yours sincerely

**Vincent Filardo, Jr. | Partner**
**King & Wood Mallesons LLP**
T +1 347 926 7570
vincent.filardo@us.kwm.com

cc:    Amanda Connor
       Yi He, Esq.
       500 Fifth Avenue, 50th Floor
       New York, NY 10110
       amanda.connor@us.kwm.com
       yi.he@us.kwm.com

       Yiren Yu, Esq.
       2500 Sand Hill Road, Suite 111
       Menlo Park, CA 94025
       yiren.yu@us.kwm.com

**This communication and any attachments are confidential and may be privileged.**



500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 212 319 4755
F +1 917 591 8167

www.kwm.com

# Attachment A

## List of infringing works on jietiandi.net

| Ref | Name of the copyright work | Author pseudonym | URLs to the infringing novel | URLs to authorized novel on qidian |
|-----|---------------------------|------------------|------------------------------|-------------------------------------|
| 1   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=115 | https://www.qidian.com/book/1009817672/ |
| 2   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=132 | https://www.qidian.com/book/1034544239/ |
| 3   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=133 | https://www.qidian.com/book/1038087169/ |
| 4   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=137 | https://www.qidian.com/book/1030665314/ |
| 5   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=138 | https://www.qidian.com/book/1031866444/ |
| 6   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=146 | https://www.qidian.com/book/1037375481/ |
| 7   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=147 | https://www.qidian.com/book/1013477299/ |
| 8   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=160 | https://www.qidian.com/book/1034079746/ |
| 9   |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=162 | https://www.qidian.com/book/1034079746/ |
| 10  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=166 | https://www.qidian.com/book/1038188187/ |
| 11  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=168 | https://www.qidian.com/book/1026909178/ |
| 12  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=177 | https://www.qidian.com/book/1038307656/ |
| 13  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=191 | https://www.qidian.com/book/1026225232/ |
| 14  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=197 | https://www.qidian.com/book/1035294721/ |
| 15  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=201 | https://www.qidian.com/book/1033296433/ |
| 16  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=202 | https://www.qidian.com/book/1035687541/ |
| 17  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=205 | https://www.qidian.com/book/1039141715/ |
| 18  | _____               |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=213 | https://www.qidian.com/book/1036282286/ |
| 19  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=215 | https://www.qidian.com/book/1036370336/ |
| 20  | 1978                      |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=219 | https://www.qidian.com/book/1039074363/ |
| 21  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=223 | https://www.qidian.com/book/1033280302/ |
| 22  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=226 | https://www.qidian.com/book/1038504669/ |
| 23  |                           |                  | https://jietiandi.net/forum.php?mod=forumdisplay&fid=234 | https://www.qidian.com/book/1035420986/ |

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See www.kwm.com for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



| 24 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=236 | https://www.qidian.com/book/1036504904/ |
|---|---|---|---|---|
| 25 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=260 | https://www.qidian.com/book/1036322787/ |
| 26 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=270 | https://www.qidian.com/book/1036671375/ |
| 27 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=285 | https://www.qidian.com/book/1037762892/ |
| 28 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=286 | https://www.qidian.com/book/1033991975/ |
| 29 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=289 | https://www.qidian.com/book/1039449163/ |
| 30 | | ZK | https://jietiandi.net/forum.php?mod=forumdisplay&fid=293 | https://www.qidian.com/book/1039804333/ |
| 31 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=295 | https://www.qidian.com/book/1038229163/ |
| 32 | 2: | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=301 | https://www.qidian.com/book/1039391177/ |
| 33 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=310 | https://www.qidian.com/book/1039477282/ |
| 34 | / | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=311 | https://www.qidian.com/book/1038367936/ |
| 35 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=317 | https://www.qidian.com/book/1031949407/ |
| 36 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=318 | https://www.qidian.com/book/1037068020/ |
| 37 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=321 | https://www.qidian.com/book/1039640376/ |
| 38 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=323 | https://www.qidian.com/book/1039889503/ |
| 39 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=324 | https://www.qidian.com/book/1039058592/ |
| 40 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=326 | https://www.qidian.com/book/1038863996/ |
| 41 | 1979 | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=328 | https://www.qidian.com/book/1039689097/ |
| 42 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=330 | https://www.qidian.com/book/1039968886/ |
| 43 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=332 | https://www.qidian.com/book/1033014772/ |
| 44 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=333 | https://www.qidian.com/book/1040163197/ |
| 45 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=334 | https://www.qidian.com/book/1039994731/ |
| 46 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=335 | https://www.qidian.com/book/1038996214/ |
| 47 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=340 | https://www.qidian.com/book/1040331625/ |
| 48 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=341 | https://www.qidian.com/book/1038457363/ |
| 49 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=342 | https://www.qidian.com/book/1039901774/ |
| 50 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=343 | https://www.qidian.com/book/1040174879/ |



| | | | | |
|---|---|---|---|---|
| 51 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=346 | https://www.qidian.com/book/1039813587/ |
| 52 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=350 | https://www.qidian.com/book/1040146263/ |
| 53 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=354 | https://www.qidian.com/book/1039028902/ |
| 54 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=355 | https://www.qidian.com/book/1040149021/ |
| 55 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=356 | https://www.qidian.com/book/1039366097/ |
| 56 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=361 | https://www.qidian.com/book/1040684057/ |
| 57 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=364 | https://www.qidian.com/book/1040056471/ |
| 58 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=367 | https://www.qidian.com/book/1031777108/ |
| 59 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=368 | https://www.qidian.com/book/1016530091/ |
| 60 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=369 | https://www.qidian.com/book/1040984794/ |
| 61 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=370 | https://www.qidian.com/book/1035459736/ |
| 62 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=372 | https://www.qidian.com/book/1040990451/ |
| 63 | | LL | https://jietiandi.net/forum.php?mod=forumdisplay&fid=373 | https://www.qidian.com/book/1041162879/ |
| 64 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=374 | https://www.qidian.com/book/1040711063/ |
| 65 | CS    16    ? | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=375 | https://www.qidian.com/book/1041695758/ |
| 66 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=376 | https://www.qidian.com/book/1037458978/ |
| 67 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=377 | https://www.qidian.com/book/1033148818/ |
| 68 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=378 | https://www.qidian.com/book/1040259451/ |
| 69 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=379 | https://www.qidian.com/book/1041604040/ |
| 70 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=380 | https://www.qidian.com/book/1038085023/ |
| 71 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=381 | https://www.qidian.com/book/1025325411/ |
| 72 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=382 | https://www.qidian.com/book/1040765595/ |
| 73 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=385 | https://www.qidian.com/book/1039995415/ |
| 74 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=56 | https://www.qidian.com/book/1033422902/ |
| 75 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=60 | https://www.qidian.com/book/1038152211/ |
| 76 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=68 | https://www.qidian.com/book/1037591881/ |
| 77 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=70 | https://www.qidian.com/book/1037570737/ |



| 78 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=71 | https://www.qidian.com/book/1037676014/ |
|---|---|---|---|---|
| 79 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=72 | https://www.qidian.com/book/1037991205/ |
| 80 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=76 | https://www.qidian.com/book/1020884972/ |
| 81 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=84 | https://www.qidian.com/book/1037551048/ |
| 82 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=91 | https://www.qidian.com/book/1033893441/ |
| 83 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=97 | https://www.qidian.com/book/1031516087/ |
| 84 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=2098287 | https://www.qidian.com/book/1037135031/ |
| 85 | | 2 | https://jietiandi.net/forum.php?mod=viewthread&tid=2964264 | https://www.qidian.com/book/1033914374/ |
| 86 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=2969153 | https://www.qidian.com/book/1038079835/ |
| 87 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=2969378 | https://www.qidian.com/book/1033737159/ |
| 88 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=2969956 | https://www.qidian.com/book/1037632698/ |
| 89 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=2973975 | https://www.qidian.com/book/1036608468/ |
| 90 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=2977786 | https://www.qidian.com/book/1034275870/ |
| 91 | | | https://jietiandi.net/forum.php?mod=viewthread&tid=841035 | https://www.qidian.com/book/3546912/ |
| 92 | | | https://jietiandi.net/forum.php?mod=forumdisplay&fid=329 | https://www.qidian.com/book/1040063391/ |