# Exhibit 2

| | |
|---|---|
| **From:** | Abuse <legal@as979.net> |
| **Sent:** | Wednesday, November 27, 2024 6:53 PM |
| **To:** | Connor, Amanda (US) |
| **Cc:** | Filardo, Vincent (US); He, Yi (US); Yu, Yiren (US) |
| **Subject:** | Re: Copyright Notification: Copyright Infringement by jietiandi.net |



Please provide specific IP address.

Thanks.


----- Original message -----
From: "Connor, Amanda (US)" <amanda.connor@us.kwm.com>
To: "info@as979.net" <info@as979.net>, "legal@as979.net" <legal@as979.net>
Cc: "Filardo, Vincent (US)" <vincent.filardo@us.kwm.com>, "He, Yi (US)" <yi.he@us.kwm.com>, "Yu, Yiren (US)" <yiren.yu@us.kwm.com>
Subject: Copyright Notification: Copyright Infringement by jietiandi.net
Date: Thursday, November 28, 2024 04:45

Dear Sir or Madam:

Attached please find a Notice of Copyright Infringement pursuant to 17 U.S.C. § 512(c).

Sincerely,

**Amanda Connor | Law Clerk**
**King & Wood Mallesons**

**D** +1 212 319 4755
**M** +1 203 917 5146
**F** +1 917 591 8167
**E** amanda.connor@us.kwm.com

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.

**Attachments:**

- 2024-11-27 China Literature Copyright Notification to Netlab Global.pdf

Kind Regards,
*Abuse Group*

```
CONFIDENTIALITY NOTICE:
This email contains confidential and privileged information intended only for the
individual(s) or entity to which it is sent. If you are not the intended recipient, or
responsible for delivery of email to the intended recipient, you are hereby notified that
any dissemination, distribution, or copying of this information is strictly prohibited.
If you have received this email in error, please notify us by replying this email.
```